838 F.2d 1210
 Levy (Laurence H.)
v.
Runnells (Marika Lody), a/k/a Runnells (Marika Lahti),
Runnells (Stephen, Robert, Lucille, William Robert, Jr.),
Ebmeier (Thomas, Kimberly Runnells), Property Buyers, Inc.,
Runnington Investment Corp., William Robert & Co., Kimberly
& Co., Lody & Co., Mortgage Express, Inc., Richmond Equity
Corp., Sovran Financial Corp., Statewide Mortgages, Inc.,
Prime Financial Corp., General Mortgage Corp., Butler, Payne
& Griffin, Thaila Meadows Holding Corp.
 NO. 87-2113
 United States Court of Appeals,
 Fourth Circuit.
 JAN 28, 1988
 
 1
 Appeal From: E.D.Va.
 
 
 2
 AFFIRMED.